**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

August 25, 2026

**<u>Via ECF</u>**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Lins e Silva v. Thompson, et al.*, No. 2:26-cv-05246 (MCA)**
**Request for Extension of Answer Deadline by Consent**

Dear Judge Arleo:

This Office represents the Federal Defendants in the above-referenced mandamus action brought by Christine Lins e Silva to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status ("I-485 application"). We write to respectfully request an extension of the Defendants' deadline to answer or otherwise respond to the complaint until October 13, 2026. This is our first extension request. Alexandra Minogue, Esq., counsel for the Plaintiff, has consented to this extension. We also acknowledge that this extension request is late and should have been submitted prior to the answer deadline of July 31, 2026. We apologize to the Court and Plaintiff for the untimely request and respectfully ask that it be accepted *nunc pro tunc.*

The Federal Defendants respectfully submit that good cause exists for this extension request. On May 9, 2026, Plaintiff filed this complaint seeking to compel USCIS to adjudicate her pending I-485 application. On July 9, 2026, Plaintiff had an adjustment of status interview. On July 13, 2026, USCIS issued a Request for Evidence ("RFE") to Plaintiff in the course of considering her application. Plaintiff submitted a response on or about August 11, 2026. USCIS now requires time to consider the response and adjudicate the application. If the application is granted, that may resolve the case without further litigation. Conversely, if the application is denied, Plaintiff may seek to amend the complaint so as to challenge the denial.

For these reasons, we respectfully request an extension of the response deadline, from July 31, 2026, until October 13, 2026, to allow time for these additional processes that may moot this litigation.

Thank you very much for the Court's time and consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via *electronic filing*)

8-26-26

SO ORDERED

Madeline Cox Arleo, U.S.D.J.